UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IBN TAJSHAN BUTTS, : | |
| : | |
| Plaintiff, : | Civil Case No. 09-5304(RBK) |
| : | |
| v. : | **O R D E R** |
| : | (CLOSED) |
| SUPERIOR COURT FAMILY : | |
| DIVISION, | |
| : | |
| Defendant. : | |

The Court having considered Plaintiff's application to proceed in forma pauperis and file the complaint without prepayment of fees, pursuant to 28 U.S.C. § 1915; and the Court having screened the complaint to determine whether dismissal is warranted, pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A;

It is on this   13th   day of   April  , 2010,

ORDERED that Plaintiff may proceed in forma pauperis without prepayment of the $350.00 filing fee, pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

ORDERED that the Clerk of the Court is directed to file the complaint in the above-captioned action; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this order by regular mail on the Attorney General for the State of New Jersey and on the warden of the Atlantic County Justice Facility; and it is further

ORDERED that Plaintiff is assessed a filing fee of $350.00 and shall pay the entire filing fee in the manner set forth in this order, pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation; and it is further

ORDERED that in each month that the amount in Plaintiff's account exceeds $10.00, until the $350.00 filing fee is paid, the agency having custody of the Plaintiff shall assess, deduct from Plaintiff's account, and forward to the Clerk of the Court payment equal to 20% of the preceding month's income credited to Plaintiff's account, pursuant to 28 U.S.C. § 1915(b)(2), and each payment shall reference the civil docket number of this action; and it is further

ORDERED that Plaintiff's complaint is hereby DISMISSED; and it is further

ORDERED that the Clerk of the Court shall close this case.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge